FILED
08 JUL 23 PM 3:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: KMA DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury   08-CR 2424 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| HAMILTON SILVA-VASQUEZ, aka Hamilton Dacilua Vasquez-Cartagena, | |
| Defendant. | |

The grand jury charges:

On or about June 29, 2008, within the Southern District of California, defendant HAMILTON SILVA-VASQUEZ, aka Hamilton Dacilua Vasquez-Cartagena, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the

//

CEK:em:San Diego
7/22/08

border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant HAMILTON SILVA-VASQUEZ, aka Hamilton Dacilua Vasquez-Cartagena, was removed from the United States subsequent to May 1, 2003.

DATED: July 23, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney