```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5  Email: Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **NOTICE OF APPEARANCE** |
|---|---|---|
| Plaintiff, | ) | CASE NO.  08CR2424-BTM |
|  | ) | JUDGE:    HON. BARRY TED MOSKOWITZ |
| v. | ) | COURT:    COURTROOM 10 |
| HAMILTON SILVA-VASQUEZ, | ) |  |
| Defendant. | ) |  |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under Civ. L. R. 83.3.c.3-4.

   Please call me if you have any questions about this notice.

   DATED:   July 29, 2008

                                    Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney


                                     s/ *Christopher P. Tenorio*
                                    CHRISTOPHER P. TENORIO
                                    Assistant U.S. Attorney

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Plaintiff, | ) | CASE NO.  08CR2424-BTM |
| | ) | JUDGE:    HON. BARRY TED |
| v. | ) | MOSKOWITZ |
| | ) | COURT:    COURTROOM 10 |
| HAMILTON SILVA-VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the defendant's attorney by electronically filing the foregoing with the Clerk of the District Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2008

s/ *Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

2