1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Hamilton Silva-Vasquez

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                  **(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR2424-BTM |
| Plaintiff, ) | |
| v. ) | **JOINT MOTION TO CONTINUE HEARING** |
| HAMILTON SILVA-VASQUEZ, ) | |
| Defendant. ) | |

   Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Erick L. Guzman and Federal Defenders of San Diego, Inc., counsel for Hamilton Silva-Vasquez, along with Assistant United States Attorney Christopher P. Tenorio, that the hearing currently scheduled for August 29, 2008 be rescheduled to **Thursday, September 4, 2008, at 2:00 p.m.**

   **IT IS SO STIPULATED.**

                                        Respectfully submitted,

DATED:    August 22, 2008               /s/ Erick L. Guzman
                                        **ERICK L. GUZMAN**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Hamilton Silva-Vasquez

DATED:    August 22, 2008               /s/ Christopher P. Tenorio
                                        **CHRISTOPHER P. TENORIO**
                                        Assistant United States Attorney

1 **ERICK L. GUZMAN**
California State Bar No. 244391
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erick_guzman@fd.org

5 Attorneys for Hamilton Silva-Vasquez

6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08CR2424-BTM |
| 12   Plaintiff, | ) ) | |
| 13 v. | ) ) | **CERTIFICATE OF SERVICE** |
| 14 HAMILTON SILVA-VASQUEZ, | ) ) | |
| 15   Defendant. | ) ) | |
| 16 _____ | ) | |

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                Christopher Paul Tenorio
     Christopher.Tenorio@usdoj.gov,Marilyn.Weaver@usdoj.gov,efile.dkt.gc1@usdoj.gov
20

21                                Respectfully submitted,

22

23 DATED:    August 22, 2008           /s/ Erick L. Guzman
                                       **ERICK L. GUZMAN**
24                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Hamilton Silva-Vasquez
25

26

27

28