1  **ERICK L. GUZMAN**
   California State Bar No. 244391
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erick_guzman@fd.org

5  Attorneys for Hamilton Silva-Vasquez

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE BARRY T. MOSKOWITZ)**

11  UNITED STATES OF AMERICA,         )   Case No. 08CR2424-BTM
                                      )
12          Plaintiff,                )
                                      )
13  v.                                )   **AMENDED JOINT MOTION TO**
                                      )   **CONTINUE HEARING**
14  HAMILTON SILVA-VASQUEZ,           )
                                      )
15          Defendant.                )
    _____    )
16

17          Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**,

18  Erick L. Guzman and Federal Defenders of San Diego, Inc., counsel for Hamilton Silva-Vasquez, along with

19  Assistant United States Attorney Christopher P. Tenorio, that the hearing currently scheduled for

20  August 29, 2008 be rescheduled to **Friday, September 5, 2008, at 2:00 p.m.**

21          **IT IS SO STIPULATED.**

22                                        Respectfully submitted,

23  DATED:    August 22, 2008             /s/ Erick L. Guzman
                                          **ERICK L. GUZMAN**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Hamilton Silva-Vasquez
25

26  DATED:    August 22, 2008             /s/ Christopher P. Tenorio
                                          **CHRISTOPHER P. TENORIO**
27                                        Assistant United States Attorney

28

**ERICK L. GUZMAN**
California State Bar No. 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erick_guzman@fd.org

Attorneys for Hamilton Silva-Vasquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>   ) <br> Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br> HAMILTON SILVA-VASQUEZ, ) <br>   ) <br> Defendant. ) <br> _____ ) | Case No. 08CR2424-BTM <br><br> **CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Christopher Paul Tenorio
Christopher.Tenorio@usdoj.gov,Marilyn.Weaver@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:     August 22, 2008            /s/ Erick L. Guzman
**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Hamilton Silva-Vasquez