1 **ERICK L. GUZMAN**
California State Bar No. 244391
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erick_guzman@fd.org

5 Attorneys for Hamilton Silva-Vasquez

6

7

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10            **(HONORABLE BARRY T. MOSKOWITZ)**

11 UNITED STATES OF AMERICA,      )     Case No. 08CR2424-BTM
                                 )
12     Plaintiff,                )
                                 )
13 v.                            )     **NOTICE OF WITHDRAWAL**
                                 )     **OF DOCUMENT**
14 HAMILTON SILVA-VASQUEZ,       )
                                 )
15     Defendant.                )
   _____)

16

17     Notice is hereby given by Erick L. Guzman and Federal Defenders of San Diego, Inc., that the

18 following document is withdrawn from the record in the above-captioned case to correct a duplicate filing:

19     Document:     *Joint Motion to Continue*

20     File Date:      August 22, 2008

21     Document No.:  14

22                                 Respectfully submitted,

23

24 DATED:    August 22, 2008        /s/ Erick L. Guzman
                                              **ERICK L. GUZMAN**
25                                               Federal Defenders of San Diego, Inc.
                                              Attorneys for Hamilton Silva-Vasquez
26

27

28

1 **ERICK L. GUZMAN**
California State Bar No. 244391
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erick_guzman@fd.org

5 Attorneys for Hamilton Silva-Vasquez

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR2424-BTM |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| HAMILTON SILVA-VASQUEZ, ) | |
| Defendant. ) | |

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                Christopher Paul Tenorio
      Christopher.Tenorio@usdoj.gov,Marilyn.Weaver@usdoj.gov,efile.dkt.gc1@usdoj.gov

21                        Respectfully submitted,

23 DATED:    August 22, 2008        /s/ Erick L. Guzman
                                    **ERICK L. GUZMAN**
24                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Hamilton Silva-Vasquez