UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR2424-BTM |
| Plaintiff, | ) ) | |
| v. | ) | **ORDER CONTINUING HEARING** |
| HAMILTON SILVA-VASQUEZ, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the motion hearing currently scheduled for August 29, 2008 be rescheduled to Friday, September 5, 2008, at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: August 25, 2008

*/s/ Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge